UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 17-cr-20461
Hon. Matthew F. Leitman

v.

JOHN D. RODA,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF #24)

On December 11, 2024, the Court held a hearing on Defendant John Roda's motion for early termination of supervised release. For the reasons stated on the record, the motion is **DENIED**.

    **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 11, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 11, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126